**STATE of Missouri, Respondent,**

v.

**Aaron W. DORSEY, Appellant.**

**No. WD 69304.**

Missouri Court of Appeals,
Western District.

June 9, 2009.

Ellen H. Flottman, Columbia, MO, for appellant.

Shaun J. Mackelprang, James B. Farnsworth, Jefferson City, MO, for respondent.

Before DIVISION THREE: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS and LISA WHITE HARDWICK, Judges.

1. All statutory references are to RSMo, 2000,

## ORDER

PER CURIAM.

Aaron Dorsey appeals the circuit court's judgment following a jury trial of his convictions on two counts of the class B felony of assault in the first degree in violation of § 565.050 [1] and two counts of armed criminal action in violation of § 571.015. On appeal, he presents one point claiming that the circuit court erred in overruling his objection to the prosecutor's closing argument. Affirmed. Rule 30.25(b).

unless otherwise indicated.